## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOHN SLATE**, *on behalf of himself and others similarly situated,* | Case No.: 1:23-cv-3034 |
| *Plaintiff,* | |
| v. | |
| **HEALTHY SPIRIT, LLC**, *d/b/a* **EASYREST ADJUSTABLE SLEEP SYSTEMS,** | |
| *Defendant*. | |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, John Slate, by and through his undersigned counsel, hereby moves this Honorable Court for an entry of default judgment against Defendant Healthy Spirit, LLC d/v/a EasyRest Adjustable Sleep Systems in the amount of Eighty-One Thousand Five Hundred Dollars ($81,500), plus post-judgment interest and costs. Plaintiff relies on the accompanying memorandum of law, declaration of Plaintiff and evidence contained within and affixed to the declaration in support of this motion.

Dated: July 18, 2024

*/s/ Max S. Morgan*
Max S. Morgan, Esquire*
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com

John T. McGowan, Esq. Bar No. 21477
KINNER & McGOWAN PLLC
413 East Capitol Street SE, First Floor
Washingotn, D.C. 20003
Tel: (202) 846-7148
jmcgowan@kinnermcgowan.com

*Counsel for Plaintiff and*

*the proposed classes*
(\*admitted *pro hac vice*)

**CERTIFICATE OF SERVICE**

        I hereby certify that on July 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  In addition, I caused a copy of the foregoing to be mailed to Defendant at the following address:

Healthy Spirit, LLC
Attn: Mohamed Maghari, Owner
1401 S Edgewood Street
Baltimore, MD 21227

Dated: July 18, 2024

                             */s/ Max S. Morgan*
                             Max S. Morgan, Esquire