DocuSign Envelope ID: F4903947-2E1D-496A-9476-3014CAF93F98

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOHN SLATE**, *on behalf of himself and others similarly situated,*<br><br>    *Plaintiff*,<br><br>v.<br><br>**HEALTHY SPIRIT, LLC**, *d/b/a* **EASYREST ADJUSTABLE SLEEP SYSTEMS,**<br><br>    *Defendant*. | Case No.: 1:23-cv-3034 |

## DECLARATION OF JOHN SLATE

I, John Slate, duly declare pursuant to 28 U.S.C. § 1746 as follows:

1. I make this declaration in support of Plaintiff's Motion for Default Judgment Against Defendant Healthy Spirit, LLC d/b/a Easyrest Adjustable Sleep Systems ("Defendant").

2. I am over 18 years of age and I am competent to testify and make this affidavit on personal knowledge.

3. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

4. I am the Plaintiff in the above-captioned lawsuit.

5. At all times relevant to this lawsuit, I was the sole and customary user of a cellular telephone with number (XXX) XXX-3937.

6. At all times relevant to this lawsuit, I used my cellular telephone with number (XXX) XXX-3937 primarily for residential purposes.

7. For example, I primarily use/used my cellular telephone with number (XXX) XXX-3937 to communicate with friends and family.

8. I registered my cellular telephone number (XXX) XXX-3937 on the National Do Not Call Registry on December 14, 2004 because I did not want to received telemarketing calls, like the ones at issue in this action.

9. Attached as **Exhibit A** to this Declaration is an email confirmation that my telephone number is registered on the National Do Not Call Registry.

10. At no time did I ever provide prior express written consent (or any consent) to Defendant to call my cellular telephone for any purpose.

11. At no time before or after receiving the phone calls at issue in this action did I ever transact business with Defendant.

12. Despite my phone number being registered on the National Do-Not-Call Registry and not providing express written consent to be contacted on my cellular telephone, as detailed below, I received a series of unwanted phone calls from Defendant.

13. In total, I received 55 unwanted calls from Defendant between September 28, 2023 and December 21, 2023.

14. Attached as **Exhibit B** are screenshots from my cellular telephone showing the incoming calls I received from Defendant.

15. On September 28, 2023, I answered the phone. Defendant's representative solicited me to purchase an adjustable bed/mattress. I advised Defendant's representative that I was not interested and instructed them not to call again.

16. Defendant continued to call me repeatedly.

17. During the subsequent calls, when I would answer the phone, I would instruct Defendant's representatives not to call me and reminded them that I had previously communicated my wishes not receive any further calls from Defendant.

DocuSign Envelope ID: F4903947-2E1D-496A-9476-3014CAF93F98

18. I found these phone calls to be irritating, annoying and disruptive, particularly as my number was registered on the National Do-Not-Call Registry and as I had repeatedly requested Defendant to stop calling me.

19. I brought this case under the Telephone Consumer Protection Act ("TCPA"), seeking $1,500.00 for each call that was made in violation of Section 227(c) of the TCPA if determined to be willful. In my opinion, these violations were willful as my number had been registered on the National Do-Not-Call Registry before I began receiving these calls and I never provided any form of consent to receive calls from Defendant. In addition, Defendant refused to stop calling me in response to my numerous requests.

20. I seek $500 in damages for the first call Defendant placed to my cellular telephone number. I seek $1,500 in damages for each and every on of the 54 calls I received after I demanded that Defendant stop calling me.

21. Thus, the total damages I request to be awarded is $81,500.00.

22. I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: 6/26/2024 | 1:20 PM EDT

*John Slate*
John Slate

DocuSign Envelope ID: F4903947-2E1D-496A-9476-3014CAF93F98

# EXHIBIT A

DocuSign Envelope ID: F4903947-2E1D-496A-9476-3014CAF93F98



DocuSign Envelope ID: F4903947-2E1D-496A-9476-3014CAF93F98

# EXHIBIT B











