# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOHN SLATE**, *on behalf of himself and others similarly situated*,<br><br>    *Plaintiff*,<br><br>v.<br><br>**HEALTHY SPIRIT, LLC**, *d/b/a* **EASYREST ADJUSTABLE SLEEP SYSTEMS**,<br><br>    *Defendant*. | Case No.: 1:23-cv-3034 |

## [PROPOSED] ORDER

**AND NOW**, upon review of Plaintiff John Slate's Motion for Default Judgment against Defendant Healthy Spirit, LLC, d/b/a Easy Rest Adjustable Sleep Systems, and upon good cause shown, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment in favor of Plaintiff John Slate against Defendant Healthy Spirit, LLC d/b/a Easy Rest Adjustable Sleep Systems in the amount of $_____, plus post-judgment interest at the rate of _____ percent per annum, along with costs.

**SO ORDERED**, this _____ day of _____, 2024.

BY THE COURT:

_____
MATTHEW J. MADDOX
UNITED STATES DISTRICT JUDGE