**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **JOHN SLATE,** <br> **on behalf of himself** <br> **and others similarly situated,** | * <br> * <br> * <br> * <br> * |
| **Plaintiff** | * <br> * |
| **v.** | *   **Civ. No. MJM-23-3034** <br> * |
| **HEALTHY SPIRIT, LLC,** <br> **d/b/a EASYREST ADJUSTABLE** <br> **SLEEP SYSTEMS,** | * <br> * <br> * <br> * |
| **Defendant.** | * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the accompanying Memorandum, it is this  28th  day of January, 2025, by the United States District Court for the District of Maryland, hereby

ORDERED that plaintiff John Slate's Motion for Default Judgment (ECF No. 12) is GRANTED; and it is further

ORDERED that judgment is entered in favor of plaintiff John Slate and against Healthy Spirit, LLC d/b/a EasyRest Adjustable Sleep Systems in a total amount of $81,500; and it is further

ORDERED that the Clerk shall CLOSE this case.

_____
/S/
Matthew J. Maddox
United States District Judge